IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00241-BR

**Hakim Lundy**,

        Plaintiff,

v.                                                **ORDER**

**Vishay Measurements Group, Inc.**,

        Defendant.

This cause comes before the court upon Plaintiff's motion for reconsideration of his motion leave to proceed i*n forma pauperis*. D.E. 1. A review of the application indicated that Plaintiff had a monthly income of $5,200.00 per month and approximately $2,993.00 in expenses per month. Id. Additionally, Plaintiff indicated that he did not expect any monthly changes in income or expenses in the next 12 months. Id. Accordingly, having failed to demonstrate sufficient evidence that payment of the required court costs would deprive him or his family of the necessities of life, Plaintiff's motion was denied. D.E. 3

In his motion for reconsideration, however, Plaintiff asserts that he checked the wrong box on his application to proceed in forma pauperis. D.E. 4 In fact, he maintains, there has been a change in his $5200 per month income—that he was terminated from his employment and no longer is earing this amount. Id. Given this new information, the court finds that Plaintiff does not have the ability to pay the requisite filing fee.

Accordingly, the motion for reconsideration is GRANTED and Plaintiff shall be permitted to proceed without full prepayment of the costs of the proceedings.

Dated: May 16, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge